SCAD-11-0000162

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

OFFICE OF DISCIPLINARY COUNSEL, Petitioner,

vs.

EARLE A. PARTINGTON, Respondent.

---

ORIGINAL PROCEEDING
(ODC 10-079-8913)

ORDER DENYING MOTION AS MOOT
(By: Recktenwald, C.J., Nakayama, Duffy and McKenna, JJ.,
and Intermediate Court of Appeals Chief Judge Nakamura,
in place of Acoba, J., recused)

Upon consideration of Respondent Earle A. Partington's February 15, 2012 Motion to Amend the November 9, 2011 Order of Suspension, the memorandum in support of the motion, the February 29, 2012 order of the Supreme Court of the State of Hawaiʻi reinstating Respondent Partington to the practice of law in this jurisdiction, and the record,

IT IS HEREBY ORDERED that the motion is denied as moot.

DATED: Honolulu, Hawaiʻi, March 14, 2012.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ James E. Duffy, Jr.

/s/ Sabrina S. McKenna

/s/ Craig H. Nakamura

